No. 77–440. PLEASURE DRIVEWAY AND PARK DISTRICT OF PEORIA, ILLINOIS, ET AL. *v.* KUREK ET AL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *City of Lafayette* v. *Louisiana Power & Light Co., ante,* p. 389. MR. JUSTICE STEVENS took no part in the consideration or decision of this case.

No. 77–734. CITY OF IMPACT ET AL. *v.* WHITWORTH, DBA DINKIE'S FOOD MART. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *City of Lafayette* v. *Louisiana Power & Light Co., ante,* p. 389.

No. 77–826. FAIRFAX HOSPITAL ASSN. ET AL. *v.* CITY OF FAIRFAX ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *City of Lafayette* v. *Louisiana Power & Light Co., ante,* p. 389.

No. 77–835. UNIVERSITY OF TEXAS SYSTEM ET AL. *v.* ASSAF. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded to the United States District Court for the Southern District of Texas with directions to dismiss the case as moot. *Board of Regents of the University of Texas System* v. *New Left Education Project,* 414 U. S. 807 (1973).